

AO 440 (Rev. 03/08) Civil Summons (cand 6/08)

# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF CALIFORNIA

E-filing

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY and DESERT SURVIVORS<br><br>Plaintiff<br>v.<br>U.S. BUREAU OF LAND MGT., DIRK KEMPTHORNE, Sec. of Int., DEPT. OF ARMY, BRIG. GEN. DANA J.H. PITTARD<br><br>Defendant | ) ) ) ) ) ) ) ) ) ) ) ) ) | CV 08  3176<br><br>Civil Action No.<br><br>SI |

## Summons in a Civil Action

To: U.S. BUREAU OF LAND MGT, DIRK KEMPTHORNE, Sec. of Int., DEPT. OF ARMY, BRIG. GEN DANA J.H. PITTARD
(Defendant's name)

A lawsuit has been filed against you.

Within  60  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Lisa T. Belenky
Center for Biological Diversity
351 California St., Suite 600
San Francisco, CA 94104

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court
**ANNA SPRINKLES**

Date: JUL 2 2008

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
       who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
       _____; or

    (4) returning the summons unexecuted to the court clerk on _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .


Date: _____

                                                   _____
                                                             Server's signature

                                                   _____
                                                        Printed name and title


                                                  _____
                                                          Server's address