COPY

1  Lisa T. Belenky (CA Bar No. 203225)
   CENTER FOR BIOLOGICAL DIVERSITY
2  351 California Street, Suite 600
   San Francisco, CA 94104
3  Telephone: (415) 436-9682 x 307
4  Facsimile: (415) 436-9683
   Email: lbelenky@biologicaldiversity.org
5

6  Michael Senatore, *application for pro hac vice pending*
   CENTER FOR BIOLOGICAL DIVERSITY
7  1601 Connecticut Ave. N.W., Suite 701
   Washington, D.C. 20009-1056
8  Telephone: 202-232-1216
   Facsimile: 202-232-1217
9  Email: msenatore@biologicaldiversity.org

10
   Attorneys for Plaintiffs Center for Biological Diversity and Desert Survivors
11

E-filing

ORIGINAL FILED

JUL − 2 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

SI

CENTER FOR BIOLOGICAL DIVERSITY    ) CV Case No. 08   3176
and DESERT SURVIVORS,               )
                                    )
       Plaintiffs,                  )
                                    )
   vs.                              ) **CERTIFICATION OF INTERESTED**
                                    ) **ENTITIES OR PERSONS**
U.S. BUREAU OF LAND MANAGEMENT,     )
DIRK KEMPTHORNE, Secretary of the   )
Interior, DEPARTMENT OF THE ARMY,   )
and Brigadier General Dana J.H. Pittard in his )
official capacity as the Commanding General )
for the Department of the Army's National )
Training Center and Fort Irwin.     )
                                    )
       Defendants.                  )
                                    )
                                    )

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
Case No.                                                                              1

**Certification of Interested Entities or Persons**

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: July __, 2008

Lisa T. Belenky (CA Bar No. 203225)
CENTER FOR BIOLOGICAL DIVERSITY
351 California, Suite 600
San Francisco, CA 94104
Telephone: (415) 436-9682 x 307
Facsimile: (415) 436-9683
Email: lbelenky@biologicaldiversity.org

Michael Senatore, *application for pro hac vice pending*
CENTER FOR BIOLOGICAL DIVERSITY
1601 Connecticut Ave. N.W., Suite 701
Washington, D.C. 20009-1056
Telephone: 202-232-1216
Facsimile: 202-232-1217
Email: msenatore@biologicaldiversity.org

Attorneys for Plaintiffs Center for Biological Diversity and Desert Survivors