
Clerk's Use Only
Initial for fee pd.:

Michael Senatore
Center for Biological Diversity
1601 Connecticut Ave. N.W., Suite 701
Washington, D.C. 20009-1056
(Name, address, and phone 202-232-1216
number of applicant) msenatore@biologicaldiversity.org

**ORIGINAL FILED**

JUL - 2 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

CV 08  3176 SI

Center for Biological Diversity
and Desert Survivors

   Plaintiff(s),

        v.

   Defendant(s).

CASE NO.

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

E-filing

Pursuant to Civil L.R. 11-3, Michael Senatore, an active member in good standing of the bar of the District of Columbia, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing the Center for Biological Diversity and Desert Survivors in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is: Lisa T. Belenky (CA Bar. No. 203225)
Center for Biological Diversity
351 California Street, Suite 600
San Francisco, CA 94104   415-436-9682 ext. 307

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 6/26/08

**RECEIVED**

JUL - 2 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**ORIGINAL**

**E-filing**

**SI**

UNITED STATES DISTRICT COURT

Northern District of California

CENTER FOR BIOLOGICAL
DIVERSITY and DESERT SURVIVORS

CV 08 NO. 3176

Plaintiff(s),

v.

U.S. BUREAU OF LAND MGT., DIRK
KEMPTHORNE, Sec. of Int., DEPT. OF
ARMY, BRIG. GEN. DANA PITTARD

Defendant(s).

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Michael Senatore ☒ , an active member in good standing of the bar of the District of Columbia ☒ whose business address and telephone number (particular court to which applicant is admitted) is Center for Biological Diversity, 1601 Connecticut Ave. NW, Suite 701, Washington, D.C. 20009-1056, tel. no. 202-232-1216 ,

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Ctr. for Biological Diversity and Desert Survivors ☒ .

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: ggg

_____
United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California