Case 3:08-cv-03176-SI   Document 62   Filed 07/07/2008   Page 1 of 1

**RECEIVED**

JUL - 2 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**ORIGINAL**

E-filing

SI

UNITED STATES DISTRICT COURT

Northern District of California

CENTER FOR BIOLOGICAL
DIVISIONS and DESERT SURVIVORS

CV 08 CASE NO. 3176

Plaintiff(s),

v.

U.S. BUREAU OF LAND MGT., DIRK
KEMPTHORNE, Sec. of Int., DEPT. OF
ARMY, BRIG. GEN. DANA PITTARD

Defendant(s).

**(Proposed)**
**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY**
***PRO HAC VICE***

Michael Senatore , an active member in good standing of the bar of the District of Columbia whose business address and telephone number (particular court to which applicant is admitted) is Center for Biological Diversity, 1601 Connecticut Ave. NW, Suite 701, Washington, D.C. 20009-1056, tel. no. 202-232-1216 , having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Ctr. for Biological Diversity and Desert Survivors .

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: ~~ggg~~ 7/2/08

[signature: Susan Illston]

United States ~~Magistrate~~ Judge

UNITED STATES DISTRICT COURT
For the Northern District of California