Lisa T. Belenky (CA Bar No. 203225)
CENTER FOR BIOLOGICAL DIVERSITY
351 California Street, Suite 600
San Francisco, CA 94104
Telephone: (415) 436-9682 x 307
Facsimile: (415) 436-9683
Email: lbelenky@biologicaldiversity.org

Michael Senatore, *pro hac vice*
CENTER FOR BIOLOGICAL DIVERSITY
1601 Connecticut Ave. N.W., Suite 701
Washington, D.C. 20009-1056
Telephone: 202-232-1216
Facsimile: 202-232-1217
Email: msenatore@biologicaldiversity.org

Attorneys for Plaintiffs Center for Biological Diversity and Desert Survivors

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY and DESERT SURVIVORS,<br><br>  Plaintiffs,<br><br>vs.<br><br>U.S. BUREAU OF LAND MANAGEMENT, DIRK KEMPTHORNE, Secretary of the Interior, DEPARTMENT OF THE ARMY, and Brigadier General Dana J.H. Pittard in his official capacity as the Commanding General for the Department of the Army's National Training Center and Fort Irwin.<br><br>  Defendants. | Case No. CV 08-03176 -SI<br><br>**PROOF OF SERVICE OF SUMMONS AND COMPLAINT AND OTHER DOCUMENTS** |

1  A copy of the executed Summons addressed to all Defendants is attached hereto as
2 Exhibit A, and a copy of the Complaint in this matter were served pursuant to Rule 4(i) of the
3 Federal Rules of Civil Procedure, by sending a copy of the Summons and Complaint via
4 registered mail, return receipt requested, on July 3, 2008, to the following:

> U.S. Bureau of Land Management
> 1849 C Street NW,
> Washington, DC 20240
>
> Dirk Kempthorne, Secretary of the Interior
> U.S. Department of the Interior
> 1849 C Street N.W.
> Washington, D.C. 20240
>
> Brigadier General Dana J.H. Pittard
> Commanding General
> National Training Center and Fort Irwin
> Fort Irwin, California 92310-5000
>
> Chief, Litigation Division
> Department of the Army
> USALSA
> 901 North Stuart Street
> Arlington, VA 22203-1837
>
> U. S. Attorney General Michael B. Mukasey
> U.S. Department of Justice
> 950 Pennsylvania Avenue, NW
> Washington, DC 20530-0001
>
> Civil Process Clerk
> United States Attorney's Office
> 450 Golden Gate Ave. 11th Floor
> San Francisco, CA 94102

The documents were received on July 7, 2008, July 7, 2008, July 10, 2008, July 8, 2008, July 7, 2008, and July 7, 2008, respectively. Along with the Summons and Complaint in this matter, copies of the following documents were served on each of the Defendants, the U.S. Attorney, and the Civil Process Clerk as listed above:

> 1.    Civil Cover Sheet filed July 2, 2008;

PROOF OF SERVICE OF SUMMONS AND COMPLAINT AND OTHER DOCUMENTS
Case No. CV 08-03176-SI

2

2. Certification of Interested Entities or Persons filed July 2, 2008;

3. Application for Admission of Attorney Pro Hac Vice;

4. Proposed Order Granting Application for Admission of Attorney Pro Hac Vice;

5. Order Setting Initial Case Management Conference and ADR Deadlines (w/ attached Case Management Conference Order and Standing Order);

6. Notice of Availability of Magistrate Judge to Exercise Jurisdiction;

7. Consenting to a Magistrate Judge's Jurisdiction in the Northern District of California Handout;

8. ECF Registration Information Handout;

9. Welcome to the U.S. District Court Handout;

10. Dispute Resolution Procedures in the Northern District of California Handout.

DATED: July 24, 2008

Lisa T. Belenky
Lisa T. Belenky (CA Bar No. 203225)
CENTER FOR BIOLOGICAL DIVERSITY
351 California, Suite 600
San Francisco, CA 94104
Telephone: (415) 436-9682 x 307
Facsimile: (415) 436-9683
Email: lbelenky@biologicaldiversity.org

Michael Senatore, *pro hac vice*
CENTER FOR BIOLOGICAL DIVERSITY
1601 Connecticut Ave. N.W., Suite 701
Washington, D.C. 20009-1056
Telephone: 202-232-1216
Facsimile: 202-232-1217
Email: msenatore@biologicaldiversity.org

Attorneys for Plaintiffs Center for Biological Diversity and Desert Survivors

PROOF OF SERVICE OF SUMMONS AND COMPLAINT AND OTHER DOCUMENTS
Case No. CV 08-03176-SI

3

# EXHIBIT A

Case 3:08-cv-03176-SI   Document 7   Filed 07/24/2008   Page 4 of 6

COPY

Clear Form

AO 440 (Rev. 03/08) Civil Summons (cand 6/08)

# UNITED STATES DISTRICT COURT
for the

NORTHERN DISTRICT OF CALIFORNIA

E-filing

CENTER FOR BIOLOGICAL DIVERSITY and
DESERT SURVIVORS )
)
) CV 08      3176   SI
)
Plaintiff )
v. ) Civil Action No.
U.S. BUREAU OF LAND MGT., DIRK )
KEMPTHORNE, Sec. of Int., DEPT. OF ARMY, )
BRIG. GEN. DANA J.H. PITTARD )
)
Defendant )

**Summons in a Civil Action**

To: U.S. BUREAU OF LAND MGT, DIRK KEMPTHORNE, Sec. of Int., DEPT. OF ARMY, BRIG. GEN
DANA J. H. PITTARD
(Defendant's name)

A lawsuit has been filed against you.

Within  60  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Lisa T. Belenky
Center for Biological Diversity
351 California St., Suite 600
San Francisco, CA 94104

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Date: ___JUL - 2 2008___       **ANNA SPRINKLES**
Deputy clerk's signature

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on July 3, 2008,
by: Pursuant to FRCP 4(i)

(1) personally delivering a copy of each to the individual at this place, _____; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____; or

(4) returning the summons unexecuted to the court clerk on _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

Date: July 3, 2008

_Lisa T. Belenky_
Server's signature

Lisa T. Belenky, Senior Attorney
Printed name and title

Center for Biological Diversity,
351 California Street, Suite 600
San Francisco, CA 94104
Server's address