IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY AND DESERT SURVIVORS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>US BUREAU OF LAND MANAGEMENT,<br><br>　　　　Defendant.　　　　　　　　　／ | No. C 08-03176SI<br><br>**NOTICE** |

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the motion to dismiss has been continued to Friday, October 10, 2008, at 9:00 a.m.

Dated: August 12, 2008　　　　　　　　　　　　　　RICHARD W. WIEKING, Clerk



Tracy Sutton
Deputy Clerk