IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY and DESERT SURVIVORS,<br><br>　　　　Plaintiffs,<br>　v.<br><br>US BUREAU OF LAND MANAGEMENT, *et al.*,<br><br>　　　　Defendants.　　　　　　　　／ | No. C 08-03176 SI<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO TRANSFER VENUE TO CENTRAL DISTRICT OF CALIFORNIA** |

Defendants have filed a motion to dismiss this action for improper venue or to transfer venue to the Central District of California. The motion is scheduled for hearing on November 21, 2008. Pursuant to Civil Local Rule 7-1(b), the Court finds this matter appropriate for resolution without oral argument, and hereby VACATES the hearing and the case management conference scheduled for the same day.

This action concerns the planned expansion of a United States Army's training facility in the High Mojave Desert into land that has been designated as critical habitat for the desert tortoise, a threatened species under the Endangered Species Act. This matter has little connection to this district, as compared to the substantial ties to the Central District of California, where at least one defendant resides and where the desert tortoise's habitat is located. For these reasons, the Court hereby GRANTS defendants' motion to transfer venue and orders this action TRANSFERRED to the Central District of California. [Docket No. 8]

**IT IS SO ORDERED.**

Dated: 11/18/08

　　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge